AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SEAY, FRANK H. | US DISTRICT COURTS-EASTERN | 05/09/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-SENIOR STATUS | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

EASTERN DISTRICT OF OKLAHOMA
UNITED STATES COURTHOUSE
MUSKOGEE, OK 74402-0828

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 05/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | STATE OF OKLAHOMA - TEACHERS RETIREMENT SYSTEM |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1/64 WI IN OLIP,MCGRIT & DIXON, HUGHES COUNTY OK | C | Royalty | J | W | | | | | |
| 2. 1/64 WI IN MCCASLIN #1 #2, SEMINOLE COUNTY, OK | B | Royalty | J | W | | | | | |
| 3. 1/27 WI IN BOYD #2, HUGHES COUNTY, OK | A | Royalty | J | W | | | | | |
| 4. 1/20 WI IN BE #1 & #2, HUGHES COUNTY, OK | A | Royalty | J | W | | | | | |
| 5. 1/32 ORRI IN OLIPHANT #2, HUGHES COUNTY, OK | B | Royalty | J | W | | | | | |
| 6. 1/20 WI IN KAMPERMAN, HUGHES COUNTY, OK | A | Royalty | J | W | | | | | |
| 7. 1/40 WI IN ENNIS #1-25, SEMINOLE COUNTY, OK | | None | J | W | | | | | |
| 8. 1/40 WI IN HM#1 & #2, HUGHES COUNTY, OK | B | Royalty | J | W | | | | | |
| 9. 1/64 WI IN BULL PASTURE, SEMINOLE COUNTY, OK | | None | J | W | | | | | |
| 10. PRODUCING MIN INT-WILLACY CT, TX APPRAISAL 3-29-89 | C | Royalty | J | W | | | | | |
| 11. 1/64 WI IN BULL #1, SEMINOLE COUNTY, OK | A | Royalty | J | W | | | | | |
| 12. 1/64 WI IN COWBOY #1 - HUGHES COUNTY, OK | A | Royalty | J | W | | | | | |
| 13. 1/64 WI IN COWBOY #2 - HUGHES COUNTY, OK | | None | J | W | | | | | |
| 14. NON-PROD MIN INT-GARVIN, POTT & SEM CT, OK APPRAISAL 3-29-89 | | None | J | W | | | | | |
| 15. PRODUCING MINERAL INT - SEMINOLE CO., OKLA | C | Royalty | J | W | | | | | |
| 16. 1/64 WI IN JOHN W #1, SEMINOLE COUNTY, OK | B | Royalty | J | W | | | | | |
| 17. 1/124 WI IN NASH 1-26, POTTAWATOMIE CO., OK | A | Royalty | J | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 1/124 WI IN STATE 1-16, POTTAWATOMIE CO., OK | | None | J | W | | | | | |
| 19. 1/124 WI IN STOVER 1-27, POTTAWATOMIE CO., OK | A | Royalty | J | W | | | | | |
| 20. CD'S, SAVINGS & DEMAND DEPOSIT, BANCFIRST, SEMINOLE, OK | A | Interest | J | T | | | | | |
| 21. EDWARD D. JONES ACCOUNT | | | | | | | | | |
| 22. -EDJ-INTEREST | | | J | T | | | | | |
| 23. -EDJ-BOND-GRDA OK REV | B | Interest | K | T | | | | | |
| 24. -EDJ-BOND-CENTRAL BRADFORD PROG | A | Interest | K | T | | | | | |
| 25. -EDJ-SANOFI SYNTHELABO SPON | A | Dividend | J | T | | | | | |
| 26. -EDJ-HARTFORD EQUITY FUNDS | A | Dividend | J | T | | | | | |
| 27. -EDJ-BP-PLC | A | Distribution | J | T | | | | | |
| 28. -EDJ-CHESAPEAKE | A | Dividend | J | T | | | | | |
| 29. -EDJ-HARTFORD EQUITY INCOME | A | Dividend | J | T | | | | | |
| 30. MERRILL LYNCH ACCOUNT | | | | | | | | | |
| 31. MERRILL LYNCH-INTEREST | A | Interest | J | T | | | | | |
| 32. -ML-AMERN INCM FD OF AMER | A | Dividend | J | T | | | | | |
| 33. -ML-BOND FUND OF AMERICA | A | Dividend | K | T | | | | | |
| 34. -ML-NEUROCRINE INC | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -ML-DAVIS NY VENTURE | A | Dividend | J | T | | | | | |
| 36. -ML-FEDERATED KAUFMANN FUND | | None | J | T | | | | | |
| 37. -ML-FIDELITY ADV DIVERSIFIED | A | Dividend | J | T | | | | | |
| 38. -ML-MUTUAL SHARES | A | Dividend | J | T | | | | | |
| 39. -ML-OPENHEIMER CAPTIAL | | None | J | T | | | | | |
| 40. -ML-INVESCO FLOATING RATE | C | Dividend | L | T | | | | | |
| 41. METLIFE WHOLE POLICY | A | Dividend | J | T | | | | | |
| 42. 100% INTEREST IN THE ▒▒▒ TRUST | | | | | | | | | |
| 43. ▒▒ TRUST-BANCFIRST CD | B | Interest | L | T | | | | | |
| 44. ▒▒ TRUST-BANCFIRST DEMAND DEPOSIT | A | Interest | J | T | | | | | |
| 45. ▒▒ TRUST-EDJ FLUSHING BK CD | B | Interest | | | Sold | 01/17/12 | L | | |
| 46. ▒▒ TRUST-EDJ GE CAPITAL CD | A | Interest | | | Sold | 05/14/12 | L | | |
| 47. ▒▒ TRUST-EDJ LEHMAN BK CD | B | Interest | K | T | | | | | |
| 48. ▒▒ TRUST-EDJ DISCOVER BANK | B | Interest | K | T | | | | | |
| 49. ▒▒ TRUST-EDJ SALLIE MAE BANK CD | C | Interest | K | T | | | | | |
| 50. ▒▒ TRUST-EDJ CAL ED FACS BOND | B | Interest | K | T | | | | | |
| 51. ▒▒ TRUST-EDJ GROSSMONT BD | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TRUST-EDJ PENN ST TKP BOND | A | Interest | J | T | | | | | |
| 53. TRUST-EDJ OK AG MECH BOND | B | Interest | K | T | | | | | |
| 54. TRUST-EDJ GRDA OK BOND | B | Interest | K | T | | | | | |
| 55. TRUST-EDJ SOUTH BROWARD HOSP | B | Interest | K | T | | | | | |
| 56. TRUST-EDJ TULSA OKLA PUB FACS AUTH | B | Interest | K | T | | | | | |
| 57. TRUST-EDJ MARYSVILLE CA | B | Interest | K | T | Buy | 01/17/12 | L | | |
| 58. TRUST-EDJ MD ST CMNTY DEV | B | Int./Div. | K | T | Buy | 05/14/12 | L | | |
| 59. TRUST-EDJ LORD ABBETT HIGH YIELD | B | Int./Div. | K | T | Buy | 01/03/12 | K | | |
| 60. TRUST-EDJ LORD ABBETT NATIONAL TX | B | Int./Div. | L | T | Buy | 01/03/12 | L | | |
| 61. TRUST-RENT HOUSE SEMINOLE, OK | D | Rent | L | Q | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 05/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ON PART VII, BEGINNING ON LINE 42 THIS IS A HEADER LINE FOR THE                    TRUST THAT WAS INHERITED IN 2010.  ON THE FOLLOWING LINES 43 THROUGH 61, THE NOTATION       TRUST STANDS                        TRUST.

ON LINE 61 THE APPRAISAL DATE OF THE RENT HOUSE WAS JANUARY 25, 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 05/09/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANK H. SEAY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544